UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
      FILED

2018 SEP 20 PM 4:25

         CLERK
BY_____
      DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 2:18-cr-110-1 |
| JERRY ROMERO, ) | |
| Defendant. ) | |

## INDICTMENT

### Count One

The Grand Jury charges that:

On or about September 14, 2018, in the District of Vermont, defendant JERRY ROMERO knowingly and intentionally possessed with intent to distribute heroin, a Schedule I controlled substance, and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(B))

1

Count Two

On or about September 14, 2018, in the District of Vermont, defendant JERRY ROMERO knowingly possessed a firearm, in and affecting interstate commerce, that is, a .380 Glock semi-automatic pistol, after having been convicted of crimes punishable by a term of imprisonment exceeding one year, that is:

a) Conspiracy to Distribute Heroin, United States District Court for the District of Vermont (March 20, 2017) (Docket No. 2:16-cr-129)
b) Possession with Intent to Distribute Heroin, United States District Court for the District of Vermont (October 16, 2002) (Docket No. 2:02-cr-112)
c) Conspiracy to Distribute Cocaine, United States District Court for the District of Vermont (February 14, 1990) (Docket No. 89-cr-45-1)

(18 U.S.C. §§ 922(g)(1), 924(e))

A TRUE BILL

FOREPERSON

*Christina E. Nolan (KJD)*
Christina E. Nolan (JAO)
United States Attorney
Burlington, Vermont
September 20, 2018

2